W. J. RICE, *Appellant,* v. A. A. MYERS, JR., AND G. M. MYERS, CO-PARTNERS UNDER THE NAME OF MYERS AUTO COMPANY, *Appellees.*

Decision Filed March 10, 1922.

An Appeal from the Circuit Court for Okaloosa County; A. G. Campbell, Judge.

*W. J. Rice,* for Appellant;

*T. R. James* and *James N. Daniel,* for Appellees.

PER CURIAM.—This cause having been duly considered, it is ordered and decreed that the decree appealed from be and is hereby reversed upon the principles announced in Glass v. Continntal Guaranty Corporation, 81 Fla. 687, 88 South. Rep. 876.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.